Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
JULIE ANN HARRELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN HARRELL | ) Case No.: 1:17-cv-01503-GSA |
| Plaintiff, | ) |
| v. | ) STIPULATION TO EXTEND TIME ) TO FILE OPENING BRIEF |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) (FIRST REQUEST) ) ) ) |
| Defendant. | ) |

Plaintiff Julie Ann Harrell and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 35 days from July 18, 2018 to August 22, 2018 for Plaintiff to file an Opening Brief, with all other dates in the Court's Order Concerning Review of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel's mother has the first of three kidney surgeries scheduled on July 17,

2018. Counsel needs to take additional time to place all her mother's personal and financial matters in order.

This is not an ordinary circumstance for Counsel and Counsel sincerely apologizes to the Court for any inconvenience this may have cause. Counsel's firm has hired another associate to help Counsel during this difficult time.

DATE: July 16, 2018            Respectfully submitted,

                              LAWRENCE D. ROHLFING

                              /s/ *Monica Perales*
                BY: _____
                              Monica Perales
                              Attorney for plaintiff Ms. Julie Ann Harrell

DATE: July 16, 2018

                              MCGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Chief Counsel
                              Social Security Administration

                              /s/ *Asim Modi*
                BY: _____
                              Asim Modi
                              Special Assistant United States Attorney
                              Attorneys for defendant Nancy A. Berryhill
                              Acting Commissioner of Social Security
                              |*authorized by e-mail|

IT IS SO ORDERED.

    Dated: **July 18, 2018**            **/s/ Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE**<br>**FOR CASE NUMBER 1:17-CV-01503-GSA** |
| 2 | |
| 3 | I hereby certify that I electronically filed the foregoing with the Clerk of the |
| 4 | Court for this court by using the CM/ECF system on July 17, 2018. |
| 5 | I certify that all participants in the case are registered CM/ECF users and |
| 6 | that service will be accomplished by the CM/ECF system. |
| 7 | */s/ Monica Perales* |
| 8 | _____ |
| 9 | Monica Perales<br>Attorneys for Plaintiff |