MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| JULIE ANN HARRELL, | Case No.: 1:17-cv-1503-GSA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her brief with the Court by **30 days** to **November 21, 2018**, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly. This is Defendant's second request for an extension of time in this matter and she requests it in good faith and without any intent to prolong proceedings unduly.

    There is good cause for this extension request because counsel for Defendant has workload issues that preclude filing her brief by October 22, 2018. In particular, counsel for Defendant is currently responsible for performing an extensive range of tasks, such as: preparing for an oral arguments in three Social Security cases before the District of Hawaii at the end of the

month, drafting briefs and summary judgment motions in Social Security cases before the district courts within the Ninth Circuit, negotiating (or litigating) attorney fee matters pursuant to the Equal Access to Justice Act before the district courts within the Ninth Circuit (including one brief due next week); preparing and delivering a presentation to the Social Security Administration's Office of Hearing Operations; drafting a post-hearing brief for an arbitration proceeding involving the agency and one of the agency's collective bargaining units; and assisting with implementing the terms of the class action settlement reached in *Hart v. Berryhill* (N.D.Cal. No. 3:15-cv-623-JST). Also, counsel for Defendant presented an oral argument to the Ninth Circuit in a Social Security case on October 10, 2018; substantive preparation and travel to Honolulu, Hawaii for this argument has hindered review of the record and preparation of the responsive brief in the instant case.

Counsel for Defendant apologizes to Plaintiff and the Court for any inconvenience caused by this delay.

Respectfully submitted,

Date: <u>October 16, 2018</u>   LAW OFFICES OF LAWRENCE D. ROHLFING

By: <u>*/s/ Asim H. Modi for Monica Perales**</u>
MONICA PERALES
*Authorized by email on October 16, 2018*
Attorney for Plaintiff

Date: <u>October 16, 2018</u>   MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: <u>*/s/ Asim H. Modi*</u>
ASIM H. MODI
Special Assistant United States Attorney
Attorneys for Defendant

///

IT IS SO ORDERED.

    Dated: **October 17, 2018**　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE