UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN HARRELL,<br><br>Petitioner,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Respondent. | No. 1:17-cv-01503-GSA<br><br>**ORDER GRANTING PLAINTIFF THIRTY DAYS TO RETAIN COUNSEL IN NORTH CAROLINA**<br><br>**(Doc. 25)** |

On January 18, 2019, the Court issued an Order to Show Cause why the above-captioned case should not be transferred to the proper district in North Carolina or dismissed for lack of venue. Doc. 23. On February 15, 2019, Plaintiff consented to a transfer of venue but requested thirty days before venue is transferred to retain North Carolina counsel. Doc. 25.

Accordingly, on or before March 19, 2019, Plaintiff shall (1) confirm to the Court that she has retained counsel in North Carolina, and (2) disclose the North Carolina locality in which she resides to enable the Court to identify the proper district to which venue must be transferred.

1

IT IS SO ORDERED.

Dated: **February 19, 2019**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE